**U**NITED **S**TATES **D**ISTRICT **C**OURT
**M**IDDLE **D**ISTRICT **O**F **F**LORIDA
**O**RLANDO **D**IVISION

**DEANDRA ELLINGTON,**

       **Plaintiff,**

**v.**                                            **Case No:   6:12-cv-1439-Orl-31TBS**

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

## **O**RDER

This cause comes before the Court on the Complaint filed by Plaintiff on September 20, 2012 (Doc. No. 1), for judicial review of the final decision of the Commissioner of the Social Security Administration (the Commissioner) to deny her son's claim for benefits.

On November 20, 2013, the United States Magistrate Judge issued a report (Doc. No. 28) recommending that the Commissioner's decision be affirmed. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The decision of the Commissioner of Social Security is **AFFIRMED**.

3. The Clerk is directed to enter judgment in accordance with this order and thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 9, 2013.

                                                                       GREGORY A. PRESNELL
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party